Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Vince, LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCE, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>SGJ-EXPECS             TECHNOLOGY;<br>WWW.ALESSIFORJUDGE.COM;    and<br>WWW.PIPERSOAPWERKS.COM,<br><br>*Defendants* | **CIVIL CASE NO.<br>19-cv-4370 (GHW)**<br><br>**ORDER FOR<br>RETURN OF**<br><br>**SECURITY BOND** |

Given this action has been voluntarily dismissed by Plaintiff and, accordingly, terminated, the Court hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

SIGNED this 31st day of March, 2026

_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE